**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| TERRELL PERKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:20-CV-235 SEP |
| ) | |
| BILL STANGE, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

In this action for habeas corpus brought pursuant to 28 U.S.C. § 2254, Petitioner has failed to file a prison account statement in support of his motion for leave to proceed in forma pauperis. Alternatively, he has failed to pay the $5 filing fee. The Court will give Petitioner twenty-one (21) days to either submit his prison account statement or pay the $5 filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner must either pay the $5 filing fee or submit a copy of his prison account statement within twenty-one (21) days of the date of this Order.

Dated this 12th day of November, 2020.

*Sarah E. Pitlyk*
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE