UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| TERRELL PERKINS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:20-CV-235 SEP |
| | ) |
| BILL STANGE, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

Before the Court is Petitioner's motion for leave to proceed in forma pauperis.  Upon review of the financial information, the Court has determined that Petitioner is unable to pay the filing fee.  *See* 28 U.S.C. § 1915.  The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** Petitioner's motion for leave to proceed in forma pauperis (Doc. [2]) is **GRANTED**.

Dated this 21st day of December, 2020.

*Sarah E. Pitlyk*

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE